UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
     Plaintiff

          v.

                                        Case No.  11-cr-24-01-SM

Christian Ironfield,
     Defendant

O R D E R

Defendant Ironfield's motion to continue the final pretrial conference and trial is granted (document no. 10). Trial has been rescheduled for the month of July 2011. Defendant Ironfield shall file a waiver of speedy trial rights not later than April 18, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for July 8, 2011 at 11:00 a.m.

Jury selection will take place on July 19, 2011 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                            Chief Judge

April 6, 2011

cc:   Jeffrey Levin, Esq.
       Terry Ollila, AUSA
       U.S. Marshal
       U.S. Probation